## Commonwealth *v.* Leake, Appellant.

716

Submitted September 11, 1972. *Peter J. Webby,* First Assistant Public Defender, and *James M. Reinert,* Public Defender, for appellant; *Jerome L. Cohen,* Assistant District Attorney, *Daniel F. Daley,* First Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.